# United States District Court
*Northern District of New York*

## CIVIL JUDGMENT

**ANTHONY GRONOWICZ**
         *Plaintiff*

      VS.          1:99-CV-1556 (HGM)

**THE COLLEGE OF STATEN ISLAND; THE CITY UNIVERSITY OF NEW YORK; and THE STATE OF NEW YORK; PAUL F. OCCHIOGROSSO; ROY P. MOSKOWITZ; HOWARD WEINER; RICHARD POWERS; CATHERINE LAVENDER; MICHAEL GREENBERG; CALVIN HOLDER; DEBORAH DESIMONE; NYS DEPARTMENT OF TAXATION AND NYS DIVISION OF HUMAN RIGHTS; and the CITY OF NEW YORK**
         *Defendants'*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the case is sua sponte dismissed for want of jurisdiction, and further ordered that defendants' motion to dismiss is denied as moot.  Various defendants' motion to dismiss were previously granted on December 29, 2000.

All of the above pursuant to the Orders of the Chief Judge Frederick J. Scullin, Jr. dated the 29th day of December, 2000 and Honorable Senior Judge Howard G. Munson, dated the 9th day of March, 2005.

| | |
|---|---|
| **MARCH 11, 2005** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **JOANNE BLESKOSKI** |
| | **DEPUTY CLERK** |